**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIEL CRISOTOMO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**AKIMA FACILITIES MANAGEMENT, LLC,**<br><br>　　　　Defendant. | Case No.: 13-cv-5187 YGR<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH CIVIL LOCAL RULE 7-3(A); EXTENDING DEFENDANT'S TIME TO REPLY** |

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

　　The above-named Plaintiff's counsel is hereby **ORDERED TO SHOW CAUSE** why he should not be sanctioned for failing to comply with Civil Local Rule 7-3(a), which provides that an opposition to a motion "must be filed and served not more than 14 days after the motion was filed." In this case, Defendant filed a motion to dismiss Plaintiff's complaint on November 12, 2013. (Dkt. No. 7.) Therefore, under Civil Local Rule 7-3(a), Plaintiff's opposition was due on November 26, 2013, and, under Civil Local Rule 7-3(c), Defendant's reply was due on December 3, 2013. Plaintiff did not file an opposition until the afternoon of December 3, 2013. (Dkt. No. 12.) This untimely filing deprived Defendant of a meaningful opportunity to reply to the opposition.

　　A hearing on this Order to Show Cause shall be held concurrently with the regularly noticed motion hearing set for **Tuesday, January 7, 2014**, on the Court's 2:00 p.m. calendar, in Courtroom 5 of the United States Courthouse located at 1301 Clay Street, Oakland, California. No later than **Wednesday, December 11, 2013**, Plaintiff's counsel shall file a written response to this Order to

Show Cause. The response shall explain the basis for Plaintiff's counsel's failure to file a timely opposition and shall not exceed 3 pages in length.

Defendant requests that the Court disregard the late-filed opposition in its entirety or, in the alternative, extend Defendant's time to reply. (Dkt. No. 14 at 3.) The Court **DENIES** the former request but **GRANTS** the latter and hereby **EXTENDS** Defendant's time to file its reply to the opposition. Defendant's reply is due no later than **Wednesday, December 11, 2013**.

**IT IS SO ORDERED.**

Dated: December 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**