United States District Court
Northern District of California

1

2

3

4

5      **UNITED STATES DISTRICT COURT**

6      **NORTHERN DISTRICT OF CALIFORNIA**

7

8

9

10

11     **DANIEL CRISOTOMO,**                    **Case No.: 13-cv-5187 YGR**

12            **Plaintiff,**                     **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH**

13            **v.**                             **CIVIL LOCAL RULE 7-3(A); EXTENDING DEFENDANT'S TIME TO REPLY**

14     **AKIMA FACILITIES MANAGEMENT, LLC,**

15            **Defendant.**

16     TO THE PARTIES AND THEIR COUNSEL OF RECORD:

17            The above-named Plaintiff's counsel is hereby **ORDERED TO SHOW CAUSE** why he should not

18     be sanctioned for failing to comply with Civil Local Rule 7-3(a), which provides that an opposition to

19     a motion "must be filed and served not more than 14 days after the motion was filed."  In this case,

20     Defendant filed a motion to dismiss Plaintiff's complaint on November 12, 2013.  (Dkt. No. 7.)

21     Therefore, under Civil Local Rule 7-3(a), Plaintiff's opposition was due on November 26, 2013, and,

22     under Civil Local Rule 7-3(c), Defendant's reply was due on December 3, 2013.  Plaintiff did not file

23     an opposition until the afternoon of December 3, 2013.  (Dkt. No. 12.)  This untimely filing deprived

24     Defendant of a meaningful opportunity to reply to the opposition.

25            A hearing on this Order to Show Cause shall be held concurrently with the regularly noticed

26     motion hearing set for **Tuesday, January 7, 2014**, on the Court's 2:00 p.m. calendar, in Courtroom 5

27     of the United States Courthouse located at 1301 Clay Street, Oakland, California.  No later than

28     **Wednesday, December 11, 2013**, Plaintiff's counsel shall file a written response to this Order to

Show Cause.  The response shall explain the basis for Plaintiff's counsel's failure to file a timely opposition and shall not exceed 3 pages in length.

Defendant requests that the Court disregard the late-filed opposition in its entirety or, in the alternative, extend Defendant's time to reply.  (Dkt. No. 14 at 3.)  The Court **DENIES** the former request but **GRANTS** the latter and hereby **EXTENDS** Defendant's time to file its reply to the opposition.  Defendant's reply is due no later than **Wednesday, December 11, 2013**.

**IT IS SO ORDERED.**

Dated: December 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**