| | |
|---|---|
| 1 | Kathleen Maylin (State Bar No. 155371) |
| 2 | Joshua A. Kuns (State Bar No. 272206) |
| | JACKSON LEWIS P.C. |
| 3 | 50 California Street, 9th Floor |
| | San Francisco, California  94111-4615 |
| 4 | Telephone:  (415) 394-9400 |
| | Facsimile:  (415) 394-9401 |
| 5 | E-mail:  maylink@jacksonlewis.com |
| | E-mail:  joshua.kuns@jacksonlewis.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | Akima Facilities Management, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CRISOSTOMO,<br><br>              Plaintiff,<br><br>       v.<br><br>AKIMA FACILITIES MANAGEMENT, LLC, and DOES 1 to 10,<br><br>              Defendants. | Case No.  4:13-cv-05187-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT AKIMA FACILITIES MANAGEMENT, LLC TO FILE A RESPONSIVE PLEADING AND SET SCHEDULING ORDER AS MODIFED**<br><br>Ctrm.:     4; 17th Floor<br>Judge:     Hon. Vince Chhabria<br><br>Removal Filed:  11/6/2013<br>Trial Date:  None Set |

Plaintiff DANIEL CRISOSTOMO ("Plaintiff") and Defendant AKIMA FACILITIES MANAGEMENT, LLC ("Defendant"), through their respective counsel, hereby stipulate as follows:

WHEREAS the parties entered into a stipulation on March 31, 2014, extending the time for Defendant to file a responsive pleading so that the parties could pursue informal resolution before incurring the costs of litigation ("Joint Stipulation");

WHEREAS the parties' Joint Stipulation was signed by the Honorable Yvonne Gonzalez Rogers on April 2, 2014;

WHEREAS Defendant's response to Plaintiff's First Amended Complaint was extended

1 | to April 30, 2014;

2 | WHEREAS the parties have agreed to participate in an informal settlement conference in May 2014;

4 | WHEREAS the parties continue to desire to defer the costs associated with litigation before attending the informal settlement conference in May 2014;

6 | **THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS**:

7 | 1. Defendant shall have a 60-day extension to file a responsive pleading to Plaintiff's First Amended Complaint;

9 | 2. Defendant's response to Plaintiff's First Amended Complaint shall now be due on or before June 30, 2014;

11 | 3. All other dates, including the deadline to exchange initial disclosures and a joint discovery plan, and the case management conference, shall be scheduled to occur after June 30, 2014.

Respectfully submitted,

Dated: April 28, 2014                JACKSON LEWIS P.C.

By:   /s/ Kathleen Maylin
      Kathleen Maylin
      Joshua A. Kuns
      Attorneys for Defendant
      Akima Facilities Management, LLC

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

Dated: April 28, 2014                BROCK LAW OFFICE

By:   /s/ Gregory P. Brock
      Gregory P. Brock
      Attorneys for Plaintiff
      Daniel Crisostomo

///

///

///

///

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed and considered the parties' above stipulation, the Court hereby finds and orders as follows:

1. Defendant's response to Plaintiff's First Amended Complaint shall now be due on or before June 13, 2014;

2. All other dates, including the deadline to exchange initial disclosures and a joint discovery plan, and the case management conference, shall be scheduled as follows: A case management conference shall be scheduled for Friday, June 27, 2014, at 10:30 a.m. The joint case management conference statement shall be due no later than June 20, 2014.

**IT IS SO ORDERED**.

Dated: April 28, 2014

Hon. Vin[ce Chhabria]
United St[ates District Judge]

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*

4833-1788-7258, v. 2

---

3

JT. STIP. & [PROPOSED] ORDER EXT. TIME FOR DEF'T
TO FILE RESP. PLEADING AND SET SCHEDULING ORDER   Case No. 4:13-cv-05187-VC